

# GARY FITZSIMMONS
## DALLAS COUNTY DISTRICT CLERK

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/30/2014 12:35:13 PM
LISA MATZ
Clerk

VIRGINIA ETHERLY
CHIEF DEPUTY

LISA MATZ

December 30, 2014

Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

| | |
|---|---|
| TRIAL COURT CAUSE NO.: | DF-14-08383 |
| COURT OF APPEAL CASE NO.: | 05-14-01307-CV |
| | |
| APPELLANT: | Alhagie Faal |
| APPELLEE: | Office Of The Attorney General |
| | |
| APPELLANT ATTORNEY: | Melinda Arbuckle |
| SBOT NO.: | 24080773 |
| ADDRESS: | 2989 N Stemmon Frwy Suite 1000 |
| | Dallas, TX 75247 |
| | |
| TELEPHONE NUMBER: | 214-378-8880 |
| FAX NUMBER: | 214-378-8890 |

**Dear Ms. Matz:**

In reference to the above styled and numbered cause, our records reflect the due date for the Clerk's Record was **November 5, 2014.** Pursuant to TEX.R.APP.P 35.1. 35.3(a), and 37.3(b), the Clerk's Record has been prepared but is being held for non-payment of **$78.00.**

GARY FITZSIMMONS
District Clerk
Dallas County, Texas
By Bridgette Vation, Deputy

600 COMMERCE STREET   DALLAS, TEXAS  75202   (214) - 653 - 7301
FAX (214) - 653 - 6634   e-mail: gfitzsimmons@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html